An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF STEVEN M. SHINN, BAR NO. 6822.

No. 63408

FILED

JUL 22 2013

## ORDER APPROVING DISCIPLINARY PANEL'S RECOMMENDATION AND GRANTING MOTION

This petition by bar counsel is filed pursuant to SCR 111(4) regarding attorney Steven M. Shinn. The petition is supported by documentation indicating that on March 12, 2012, in Las Vegas Township Justice Court, Shinn entered a plea of *nolo contendere* to one count of DUI (first offense).[1] The offense was treated as a first offense for penalty purposes and a second offense for enhancement purposes.[2] Shinn timely reported this conviction to bar counsel pursuant to SCR 111(2).

The petition is further supported by documentation indicating that, pursuant to SCR 111(4), bar counsel investigated this matter, which was presented to a screening panel of the Southern Nevada Disciplinary Board with a recommendation that Shinn be placed in the diversion program pursuant to SCR 105.5 for a period of one year, subject to conditions. Finally, the petition is supported by documentation indicating

---

[1] A charge of driving without headlamps turned on was dismissed.

[2] Shinn was convicted of DUI in Las Vegas Municipal Court on June 10, 2009.

SUPREME COURT
OF
NEVAOA

(O) 1947A

13-21367

that the panel agreed with the recommendation that Shinn be placed in the diversion program for one year, and that as a result, Shinn and bar counsel entered into a diversion agreement.

Having reviewed the petition and the panel's recommendation, we hereby approve the recommendation that Shinn be placed in the diversion program for one year, subject to conditions. SCR 111(4), (9). We decline to impose a temporary suspension at this time. SCR 111(9).

Along with the petition, bar counsel filed a motion to seal the diversion program consent agreement. The diversion program consent agreement is attached to the petition as Exhibit 4. Cause appearing, we grant the motion. We direct the clerk of this court to detach the diversion program consent agreement from the petition, Exhibit 4, and file it separately, under seal, in this matter.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.        _____, J.
Gibbons                                    Hardesty

_____, J.        _____, J.
Parraguirre                               Douglas

_____, J.        _____, J.
Cherry                                      Saitta

cc:   David A. Clark, Bar Counsel
       Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Board
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Danny J. Lovell